# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Dominique Henderson,

Plaintiff(s),

v.

DeKalb Community Unit School District 428, et al.,

Defendant(s).

Case No. 3:20 CV 50124
Judge Iain D. Johnston

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $         ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) DeKalb Community Unit School District 428; Jamie Craven; Cristy Meyer; Tim Vincent; Brant Boyer; John Panek; Amanda Baum; Jennie Gammelgaard; Kyle Gerdes; Sharon Carani; Doe Bus Driver
and against plaintiff(s) Dominque Hendersen.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge        presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Iain D. Johnston on a motion for summary judgment.

Thomas G. Bruton, Clerk of Court

Date: 6/30/2021

Yvonne Pedroza , Deputy Clerk